UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No.: 24-CR-316 (ACR) |
| | : | |
| SHANNON BITZER, | : | |
| Defendant. | : | |

### NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Nialah Ferrer, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

                                                                                                  Respectfully submitted,

                                                                                                  MATTHEW M. GRAVES
                                                                                                  United States Attorney
                                                                                                  DC Bar No. 481052

By: *Nialah S. Ferrer*
       NIALAH S. FERRER
       Assistant United States Attorney
       U.S. Attorney's Office for the District of Columbia
       New York Bar No. 5748462
       601 D Street, N.W.
       Washington, D.C. 20530
       Office: (202) 557-1490
       Email: Nialah.Ferrer@usdoj.gov