**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) Case No. 1:24-cr-316 |
| | ) |
| BITZER | ) |
| | ) |

**MOTION TO DISMISS**

The Defendant, by and through counsel, respectfully submits this motion to dismiss all charges against the defendant with prejudice and cites to the Executive Order dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, as the reason for this dismissal.

Dated: January 21, 2025

Respectfully Submitted,

/s/ Eden Quainton
Eden P. Quainton
Quainton Law, PLLC
2 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212.419.0575
Fax: 212.376.5699.
Cell: 202.360.6296


/s/ Jonathan Gross
JONATHAN GROSS
Bar ID: MD 0126
2833 Smith Ave., Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com